AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### Eastern District of Arkansas

DAVID BASS and KIMBERLY BASS

                                            JUDGMENT IN A CIVIL CASE
        v.

FLYING J. INC.

                                            CASE NUMBER:   3:04CV00413 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of plaintiff David Bass and against defendant Flying J. Inc. in the amount of $437,250.00.

Judgment is entered in favor of defendant Flying J. Inc. and against plaintiff Kimberly Bass.

| | |
|---|---|
| August 21, 2006 | James W. McCormack |
| Date | Clerk |
| | /s/  Patricia L. Murray |
| | (By) Deputy Clerk |