IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID AND KIMBERLY BASS,
INDIVIDUALLY AS HUSBAND
AND WIFE.                                                                                                PLAINTIFFS

vs.                                           CASE NO. **3:04CV00413GH**

FLYING J. INC., ET AL.                                                                         DEFENDANTS

**ORDER**

As the John Doe defendants have never been identified or served, the Court hereby dismisses John Does 1-5 as defendants in this action.

IT IS SO ORDERED this 21st day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-